# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RACHEL DECKER,

    Plaintiff,

v.

UNITED COLLECTION BUREAU, INC.,

    Defendant.

CIVIL ACTION NO. 3:20-CV-2229

(JUDGE MARIANI)

FILED
SCRANTON
JUL 14 2021
PER _____ DEPUTY CLERK

## ORDER

AND NOW, THIS 14th DAY OF JULY 2021, upon consideration of the Joint Motion to Vacate Case Management Deadlines (Doc. 16) wherein the parties indicate they have encountered a discovery dispute which requires judicial intervention and needs to be resolved before they can proceed to depositions (*id.* ¶¶ 4, 5) and because the parties present no basis upon which the Court can conclude that the January 22, 2022, fact discovery deadline and other deadlines set out in the Court's Order of March 25, 2021 (Doc. 14 ¶¶ 1-4) should be vacated, **IT IS HEREBY ORDERED THAT**:

1. The Joint Motion to Vacate Case Management Deadlines (Doc. 16) is **DENIED**;

2. The parties shall contact the Court if they seek assistance with resolving the discovery dispute referenced in their motion (Doc. 16 ¶¶ 4, 5) in accordance with the directive set out in the Court's March 25, 2021, Order (Doc. 14 ¶ 7)

                                                          _____
                                                          Robert D. Mariani
                                                          United States District Judge