# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Rachael Decker,<br><br>Plaintiff<br><br>v.<br><br><br>United Collection Bureau, Inc.,<br>Defendant | Docket 3:20-cv-02229-RDM<br><br>**CERTIFICATE OF CONCURRENCE** |

I HEREBY CERTIFY that, prior to filing the Joint Motion to Extend Discovery, I contacted Plaintiff's counsel to request Plaintiff's concurrence in the Motion, as required by Local Rule 7.1. Plaintiff's counsel concurred in the Motion.

Respectfully submitted this 17th of April 2023.

**GORDON & REES LLP**

*/s/ Peter G. Siachos*
Peter G. Siachos
Bar No.: 318250
Gordon Rees Scully Mansukhani
18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
*Counsel for United Collection Bureau, Inc.*

1225689/69975129v.1