UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

RACHAEL DECKER,

          Plaintiff        :    Civil Action No.: 3:20-cv-02229-RDM

v.

UNITED COLLECTION BUREAU, INC.,

          Defendant

**FILED**
**SCRANTON**

APR 18 2023

PER _____
DEPUTY CLERK

## ORDER

This matter having been brought before the Court on the Joint Motion to Extend Discovery, by Counsel for both parties, for an Order extending discovery, and the Court having considered the matter and all papers submitted in support of same, and good cause appearing;

IT IS on this ____ day of __April__, 2023;

**ORDERED** that the Motion to Extend Discovery is granted;

**ORDERED** that the time to complete discovery is extended through and including July 24, 2023;

**ORDERED** that the time to file dispositive motions is extended through and including August 23, 2023.

SO ORDERED

_____
HON. ROBERT D. MARIANI