THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RACHAEL DECKER

      Plaintiff,

v.                               3:20-CV-2229
                                   (JUDGE MARIANI)

UNITED COLLECTION BUREAU, INC.

      Defendant.

## ORDER

**AND NOW, THIS 30th DAY OF APRIL, 2023,** the Court having reviewed the parties' "Stipulation to Extend Deadline" (Doc. 43), which the parties filed in response to this Court's Order dated April 21, 2023 (Doc. 42) requiring Plaintiff to file with the Court within seven (7) days her responses to Defendant's objections to certain topics contained in Plaintiff's 30(b)(6) deposition notice, and in which the parties jointly request an extension until May 5, 2023, so that the parties may continue their discussions and attempts to resolve some of Defendant's objections, **IT IS HEREBY ORDERED THAT** the parties' "Stipulation to Extend Deadline" (Doc. 43) is **ACCEPTED** and the deadline for Plaintiff to file her responses to Defendant's objections, as set forth in this Court's Order dated April 21, 2023 (Doc. 42), is **EXTENDED** until **May 5, 2023**.

Robert D. Mariani
United States District Judge