# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHAEL DECKER, | : |
| Plaintiff | : Civil Action No.: 3:20-cv-02229-RDM |
| v. | : **PROPOSED ORDER** |
| UNITED COLLECTION BUREAU, INC., | : |
| Defendant | : |

This matter having been brought before the Court on the Joint Motion to Extend Discovery, by Counsel for both parties, for an Order extending discovery, and the Court having considered the matter and all papers submitted in support of same, and good cause appearing;

**IT IS** on this _____ day of _____, 2023;

**ORDERED** that the Motion to Extend Discovery is granted;

**ORDERED** that the time to complete discovery is extended through and including September 22, 2023;

**ORDERED** that the time to file dispositive motions is extended through and including October 23, 2023.

**SO ORDERED.**

_____
**HON. ROBERT D. MARIANI**