UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

RACHAEL DECKER,

        Plaintiff

v.

UNITED COLLECTION BUREAU, INC.,

        Defendant

Civil Action No.: 3:20-cv-02229-RDM

**ORDER**

This matter having been brought before the Court on the Joint Motion to Extend Discovery, by Counsel for both parties, for an Order extending discovery, and the Court having considered the matter and all papers submitted in support of same, and good cause appearing;

IT IS on this _16th_ day of _August_, 2023;

**ORDERED** that the Motion to Extend Discovery is granted;

**ORDERED** that the time to complete discovery is extended through and including September 22, 2023;

**ORDERED** that the time to file dispositive motions is extended through and including October 23, 2023.

SO ORDERED.

_____
HON. ROBERT D. MARIANI