IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Rachael Decker,<br>    Plaintiff<br><br>v.<br><br>United Collection Bureau, Inc.,<br>    Defendant | Docket No. 3:20-cv-02229-RDM<br><br>(Judge Robert D. Mariani)<br><br>Electronically Filed |

## **NOTICE OF CHANGE OF ADDRESS**

  The undersigned counsel is hereby providing notice that Freeman Law has moved to 606 Hamlin Highway, Suite 2, Lake Ariel, PA 18436. Kindly update the service list to reflect this new address.

                Respectfully submitted,

                *s/ Brett Freeman*
                Brett Freeman
                Bar Number: PA 308834
                Freeman Law
                606 Hamlin Highway, Suite 2
                Lake Ariel, PA 18436
                Attorney for Plaintiff
                Phone (570) 589-0010
                Fax (570) 456-5955
                Email brett@freeman.law