THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RACHAEL DECKER,

        Plaintiff,

v.

UNITED COLLECTION BUREAU, INC.,

        Defendant.

3:20-CV-02229
(JUDGE MARIANI)

## ORDER

AND NOW, ON THIS 2nd DAY OF NOVEMBER, 2023, upon consideration of the Motion to Dismiss (Doc. 6) filed by Defendant United Collection Bureau, Inc., and all other relevant documents, for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1) Defendant's Motion to Dismiss (Doc. 6) is **GRANTED**;

2) Plaintiff's Amended Complaint (Doc. 5) is **DISMISSED WITH PREJUDICE**;

3) The Clerk of Court is directed to **CLOSE** this case.

                                                              _____
                                                              Robert D. Mariani
                                                              United States District Judge